FLD'161102PM0307USBCSDF-MIA

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**In re:**                                        Chapter 7

**MIRIAM SOLER,**                      Case No. **16-16898** (RAM)

Debtor.
_____/

## DEBTOR'S VERIFIED OBJECTION AND REQUEST FOR INJUNCTION
*Clerks of the Court rejecting from filing Debtor's Motion to Alter/Reconsideration of Final Decree entry unless converted into a Motion to Reopen and fees paid-clerks claiming all clerks agreeing case closed when is not and why a 9023*

COMES NOW the Debtor, MIRIAM SOLER (DMS), pursuant to the First and Fifth Amendment of the U.S. Constitution and/or applicable Bankruptcy Rules and/or local rules of the Court, hereby **objects** to the Clerk of the Court depriving DMS of her rights to access the courts and due process of law and requesting injunction issue against the Clerk's Office to reframe from its current policy.

### VERIFIED STATEMENT OF THE CASE AND FACTS

1. On October 14th, 2016, the court entered a Final Decree on DMS'S Code 7 discharged notwithstanding DMS'S proof of claims for creditors were pending and Trustee's discharge was premature.

2. On October 28th, 2016, DMS'S son Alberto Soler (hereinafter DMAS), heir and representative, personally visit the clerk's office last day for timely filing rule 9023 motion on the final decree.

The following conversation between DMAS and a Clerk of the Court (CotC) somewhat went as follow:

**CotC**: Sir, your motion you need to file on this case for being closed is motion to reopen with a fee....I cannot take this motion it's not a motion to reopen

**DMAS**: Excuse me...., you are mistaken... rule 9023 allows me to ask the court to reconsider final decree within 14-days and today is the 28th last day so its timely filed.

**CotC**: That is not correct...will not accept this motion...your case is closed so you need to reopen and provide fee.

**DMAS**: its not my case its my mom case I did for her...anyways...I don't have to file reopen nor any kind of fee to submit a 9023 motion obviously you not believing me that is true since not being attorney so me wrong you must be right.

**CotC:** why would you think that we treat erevery here filings all the same so as I said your pleading will not be accepted unless it's a mot

**DMAS**: I cant believe what you saying...you are not allowed to deprive fromn assessing the courts you only allowed to reject filing if pleading missing signature

**CotC**: ...let me speak with the supervisor..

*(8/10 minutes later)*

**CotC**: my supervisor says that what you need to do is hand write motion to

2

reopen and waiver of fee on top of the heading so the judge will consider the motion..

**DMAS**: are you kidding me...I cant believe this ...last day timely filing and I'm going through this once again...whatever ok Il let the judge know about this abuse of my rights. And to make sure of that let me also write next also on the motion that I object for writing that.

**CotC**: well if you doing that I need to get the supervisor good why don't you do that so I can speak to him or her

*(4-6 minutes later supervisor of the clerks (SoC) arrives)*

**SoC**: ...may I help you...

**DMAS**: hi.....why you forcing me to write motion to reopen requiring fees....by rule and case laws I don't need to pay any fees when filing a 9023 motion.

**SoC**: your case was closed on October 14th, anything filed after that requires a motion to reopen and require fee.

**DMAS**: excuse me Madam Supervisor before I continue....could I have your name

**SoC**: Diana Cohen (SDC)

**DMAS**: ok...Cohen...you look Spanish .....excuse me for saying

**SDC**: is my husband name...**DMAS**: ...I thought so......ok...my case is not consider closed on a 9023 filing ....a final decree is another word for final

3

judgment...I have 14 days after judgment to

request the court to reconsider the judgment....and that is exactly what Im doing now within 14-days today the 28th.

**SDC**: well we follows the rules here and your case is closed as of the 14th so if you want your motion to be filed you need to corrected and write it's a motion to reopen...did you bring the fee...

**DMAS**: I don't have that kind of money with me and even if I had it with me I won't give to you anyways...giving money away while violating my rights in the first place sounds like we not living in America but we are so let the judge decide let me filed the motion exactly as it is....if wrong by me the judge will say it so.

**SDC**: Sir....we will not let be filed unless corrected the heading saying it's a motion to reopen and if you don't have the fees you also need to write dor waiver of fee...we not continuing with this....

**DMAS**: ok Ms. Cohen I have no choice but to do what you say but I will let you know you wrong and if this a policy directing you to do this to a motion like this to a case like this...you guys have been violating debtor's rights...my I ask how long you guys being doing this?

*(after SDC looking around at all the clerks already standing there for what was going on, SoC responded this)*

**SDC**: we been doing this for the last 28 years

4

**DMAS**: really…I cant believe you guys getting away with that…anyways here you go I wrote exactly what you said ….could you please stamp my copy please.

Attachment **(A)**

## VERIFICATION

I, ALBERTO SOLER, DMAS here for DMS, heir and representative, declare and certify that the foregoing above conversation between I-me and the two clerks office and/or federal employees of the United States Bankruptcy Court for the Southern District of Florida was true and correct to the best of my knowledge memory remembering in fact.

Dated: November 1st, 2016.

/Alberto Soler/

ALBERTO SOLER
DMAS for DMS

/Miriam Soler/

MIRIAM SOLER
Debtor/Mother

## OBJECTION

3. The rule of law is clear on Bankruptcy motions pursuant to Rule 9023 allowed for reconsideration of final decree if filed within 14-days from entry order. *Cook* v. *Wells Fargo Bank*, No. 12-97 (BAP 10th Circuit August 13th, 2013).

5

Furthermore for the sake of the argument on the merits whatever if the motion filed by DMS is a motion to alter/reconsideration of final decree or motion to reopen a closed case it should be granted either way since in this case is not closed no matter final decree or closed case.

4. The Trustee discharge entry was violation of 554(a) and rule 6007(a), *In re Cook*, 12-2100 (10th Cir. 2013), and no matter what assuming Trustee in compliance with the notice requirement objection to discharge within 14-days to submit, the Trustee discharge was premature the Trustee knowing so caring nothing at all no matter after being ask first by then DMS attorney saying: *"could I ask what about if allowed to do for creditors do I have 30-days for that"* then DMAS second saying it another way since no-longer being representative: *"could you help me please no-longer representative don't you care about my interest also"*

DMS did it anyways within 14-days of premature discharge wait just a moment I filed proof of claim for creditors and just the other day filed objection to them by me.

Nevertheless, there is a priority matter for the Court to consider first before entertaining what only matters to DMS motion on the merits the Court as an urgent matter issue prompt injunction for it matters to all not just only DMS merit matter.

## INJUNCTION WITH DIRECTIONS

6

5. As clearly shown above by verification and attachment said here by DMS that the clerk of the court as a common practice by memo or policy or lack of training on the rule of law, this Court must act and execute injunction against to reframe from its current policy as stated above a gross reckless disregard of the rule of law for over 28 years.

This Court once before granted relief when in error ruling case close when it was not if sanction for violation of stay. *In re Muhlig*, 11-14639 (SD Fl. June 25th, 201

**WHEREFORE,** DMS respectfully requests the Court to sustain the objection issue an injunction with directions clerk's office reframe from its current always been the policy violating access to courts and due process of law and issue new/amended policy that serves rule of law conforming with due process of law and/or any other just relief as the Court deems.

*Filed this 2nd day of November, 2016*

Respectfully submitted

/Miriam Soler
MIRIAM SOLER
4741 NW 5TH Street
Miami, Fl. 33126
(786) 447-6929
armsoler@gmail.com

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing objection/injunction was forwarded to all interest parties of record via US First Class mail sufficient postage paid this 2nd day of November, 2016

/Miriam Soler/

MIRIAM SOLER

8

# ATTACHMENT (A)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**In re:**                                                    Chapter 7

**MIRIAM SOLER,**                                      Case No. **16-16898** (RAM)

Debtor.

_____/

*MOTION TO Reopen request*
*to waive fee*

## DEBTOR'S MOTION TO ALTER/AMEND JUDGMENT
*(Final decree-case terminated closed clear error proof of claims were pending)*

COMES NOW the Debtor MIRIAM SOLER (hereinafter DMS), in the above-captioned matter and pursuant to *Bankruptcy Rule of Procedure 9023 and/or 9024*, hereby moves the Court to alter/amend judgment should vacate order of October 14th, 2016, final decree entered-case being closed *clear error* since proof of claims were pending and objections now being filed.

### STATEMENT OF THE FACTS IN SUPPORT

1. Attachment **(A); (B)** and **(C)**

### ALTER/AMEND JUDGMENT

2. Trustee discharged of September 12th, 2016 was premature since DMS having rights to file proof of claim for creditors under *Rule 3004* within 30-days after last day for creditors to file proof of claim which was exactly the day of discharged.

3. DMS exercise her rights allowed by rule and law filed proof of claim for